JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. GUERRERO,<br><br>                Petitioner,<br>     v.<br><br>T. E. BUSBY, Warden,<br><br>                Respondent. | Case No. CV 10-4537-PA (OP)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 30, 2012

                          HONORABLE PERCY ANDERSON
                          United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge